# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10818
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 20, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

BRITT MICHAEL GRESHAM,

Defendant–Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:15-CR-38-2

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Britt Gresham has moved for leave

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10818

to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Pesina-Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016). Gresham has filed a response. We have reviewed counsel's brief, Gresham's response, and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Gresham's request for appointment of substitute counsel is DENIED. Gresham's motion for remand or tolling of the limitation period is DENIED.